IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOUGLAS M. WYCKOFF,

     Appellant,

v.

MELISSA K. CAVANAUGH
F/K/A MELISSA K. WYCKOFF,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3480

Opinion filed May 5, 2015.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Douglas M. Wyckoff, pro se, Appellant.

James C. Campbell and Clark H. Henderson, of Campbell & Henderson, PLLC, Shalimar, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., ROWE, and RAY, JJ., CONCUR.